04-1403C

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

REGATTA BAY LIMITED,
Plaintiff,

v.

UNITED STATES OF AMERICA,
Defendant.

CV-S-[illegible]-RCJ-(PAL)

ORDER

FILED
SEP - 3 2004
U.S. COURT OF FEDERAL CLAIMS

**THIS MATTER COMES** before the Court on the Federal Defendant's Motion to Dismiss Complaint Pursuant to Rules 12(b)(1) and 12(b)(5) or for Summary Judgment Pursuant to Rule 56(b), Federal Rules of Civil Procedure, filed December 22, 2003, and Plaintiff's Opposition thereto filed March 5, 2004, oral argument heard by the Court on April 26, 2004, and pursuant to 28 U.S.C. § 1491(a) (Tucker Act) and 28 U.S.C. § 1631, the Court finds the instant cause of action to involve a claim on an express or implied contract with the United States for more than $10,000, the parties so agreeing, and good cause appearing,

**IT IS HEREBY ORDERED** that the instant cause of action is transferred to the United States Court of Federal Claims for further proceedings.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATE: 5-6-04

FILED / ENTERED — RECEIVED / SERVED ON — COUNSEL/PARTIES OF RECORD
MAY - 6 2004
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

33 (1)