# United States District Court - District of Nevada

## Docket Sheet

04-1403C

8/25/2004 **CV-S-03-1009 - RCJ - PAL** 

| Case Caption | Status |
|---|---|
| **Regatta Bay Limited VS United States of America Department of housing and Urban Development** | **Closed** |

## Statistical Information

| | | | |
|---|---|---|---|
| **Date Filed:** | **08/21/2003** | Jurisdiction: | U.S. Government Defendant |
| Date Re-Opened: | | Jury Demand: | Plaintiff |
| County: | Southern | Class Action: | |
| Plaintiff Diversity: | | MDL Case #: | |
| Defendant Diversity: | | ENE: | No |
| Origin Of Case: | | Fee Status: | Fee Paid |
| Nature Of Suit: | 290 | Receipt Number: | 70275 |
| Cause Code: | 28:2674 | Consolidated: | No |
| Cause: | Federal Tort Claims Act - Wrongful Foreclosure & Declaratory Judgment | Arbitration Code: | |
| Docket Sheet Notes: | | | |

FILED
9 - 3 2004
U.S. COURT OF FEDERAL CLAIMS

| | | | |
|---|---|---|---|
| **Closing Date:** | 05/06/2004 | Nature Judgment | |
| Disposition Method: | Remanded to U.S. Agency | Judgment For: | |
| Term Arbitration: | | Amount Awarded: | |
| Procedural Progress: | Order Entered | Term Class Action: | |
| Closing Notes: | | | |

# United States District Court - District of Nevada

# Docket Sheet



| Parties | Counsel |
|---|---|
| **PLAINTIFF**<br>Regatta Bay Limited | **Paul C. Ray - 004365**<br>John Peter Lee, Ltd.<br>830 Las Vegas Blvd. So.<br>Las Vegas, NV 89101-<br>USA<br>Phone: 702-382-4044 Fax: 702-383-9950 |
| **DEFENDANT**<br>United States of America | **Rimantas A. Rukstele - 002088**<br>U.S. Attorney's Office<br>333 Las Vegas Blvd So<br>Suite 5000<br>Las Vegas, NV 89101-<br>USA<br>Phone: 702-388-6336 Fax: 702-388-6151 |
| USA Department of Housing and Urban Development<br>**Disposed Per Doc. # 2** | |

# United States District Court - District of Nevada

# Docket Sheet



| Date Filed | Doc. | Status | Docket Type / Docket Name | Docket Entry | Judge | EOD | Clerk |
|---|---|---|---|---|---|---|---|
| 08/25/2003 | | | EVENT<br>SUMMONS ISSUED | Amended issud to P (1) | | 08/25/2003 | KY |
| 08/21/2003 | | | EVENT<br>SUMMONS ISSUED | to P (1) | | 08/21/2003 | |
| 03/03/2004 | | | EVENT<br>RECEIVED | stip for new date for oral argumnt for mtn to dism or S/J obo D to BP | | 03/04/2004 | |
| 08/22/2003 | | | EVENT<br>SUMMONS ISSUED | to P (2) | | 08/22/2003 | |
| 03/01/2004 | | | EVENT<br>RECEIVED | stip ext time for US to reply to mtn to dism obo US to BP | | 03/01/2004 | |
| 08/21/2003 | 1 | | COMPLAINT | w/JD obo P | | 08/21/2003 | KY |
| 08/22/2003 | 2 | | COMPLAINT<br>AMENDED | w/JD obo P | | 08/22/2003 | KY |
| 08/25/2003 | 3 | | SUMMONS SERVED<br>AMENDED | as to USAO by cert mail on 8/22/03 (no green card attached) | | 08/25/2003 | KY |
| 08/25/2003 | 4 | | SUMMONS SERVED<br>AMENDED | as to John Ashcroft by cert mail on 8/22/03 (no green card attached) | | 08/25/2003 | KY |
| 08/27/2003 | 5 | | CERTIFICATE OF INTERESTED PARTIES | obo P (cpyto LRH&PAL) | | 08/27/2003 | KY |
| 08/27/2003 | 6 | | SUMMONS SERVED | as to USAO by serv USAO on 8/25/03 | | 08/27/2003 | KY |
| 10/09/2003 | 7 | Disp. - 8 | MOTION/NON DISPOSITIVE | MOTION for ext of time to rspnd to cmplt obo D (p)<br>(DISPO: GRANTED #8<br>**Doc. # 7 linked to Doc #: 9** | | 10/09/2003 | |
| 10/14/2003 | 8 | | ORDER | MTN/ORD D US shall have to 12/8/03 to file resp/answ. cpys dist | PAL | 10/14/2003 | KY |
| 10/17/2003 | 9 | | RESPONSE<br>OPPOSITION | OPPOSITION to Ds mtn for ext of time (#7) obo P (m)(moot, mtn granted per ordr #8) | | 10/20/2003 | KY |
| 12/02/2003 | 10 | Disp. - 12 | MOTION/TIME | UNOPPOSED MOTION for ext of time to rspnd to cmplt obo D (2nd req)(m)<br>(DISPO: granted #12<br>**Doc. # 10 linked to Doc #: 12** | | 12/02/2003 | KY |
| 12/02/2003 | 11 | | ORDER<br>MINUTE | ORD case reassigned to judge Robert C. Jones | PMP | 12/02/2003 | |
| 12/05/2003 | 12 | | ORDER | ORDER Fed's Mtn (#10) granted; Fed Ds have to 12/22/03 to repnd or answr. cpys dist. | PAL | 12/08/2003 | KY |
| 12/22/2003 | 13 | Disp. - 14 | MOTION/NON DISPOSITIVE | MOTION for lv to file expanded memorandum of law in supprt of mtn to dism &/or S/J obo Fed D (m)<br>(DISPO: granted #14<br>**Doc. # 13 linked to Doc #: 14** | | 12/22/2003 | KY |
| 12/31/2003 | 14 | | ORDER | ORDER petn for lv to file expanded memorandum (#13) granted. | RCJ | 12/31/2003 | KY |

# United States District Court - District of Nevada

## Docket Sheet



| Date Filed | Doc. | Status | Docket Type / Docket Name | Docket Entry | Judge | EOD | Clerk |
|---|---|---|---|---|---|---|---|
| 12/31/2003 | 15 | Disp. - 31 | MOTION/DISPOSITIVE DISMISS | MOTION to dismiss cmplt or i/t/a for S/J obo D (nss)(FILED SEPARATELY DUE TO SIZE) (DISPO: oppo #23 (fld separate), reply #29, granted #31 **Doc. # 15 linked to Doc #: 16, 22, 23, 25, 26, 27, 29, 31** | | 12/31/2003 | KY |
| 12/31/2003 | 16 | Disp. - 18 | MOTION/NON DISPOSITIVE | UNOPPOSED MOTION for an add 45 days to file its oppo to mtn to dism (#15) & for lv to file an oppo in excess of 30 pgs obo P (m) (DISPO: ord #18 GRNTD **Doc. # 16 linked to Doc #: 18** | | 01/02/2004 | JM |
| 01/05/2004 | 17 | | CERTIFICATE OF MAILING | Cert of mailing of doc #16 obo P. | | 01/05/2004 | JM |
| 01/05/2004 | 18 | | ORDER | ORD: P has until 2-20-04 to fl oppo to D's mtn to dsmss #15. cps dis | RCJ | 01/06/2004 | JM |
| 01/13/2004 | 19 | | NOTICE | of entry of ordr (#16) obo P (m) | | 01/13/2004 | KY |
| 02/20/2004 | 20 | Disp. - 21 | MOTION/TIME | MOTION for ext of time to file oppo to mtn to dism obo P (m) (DISPO: granted #21 **Doc. # 20 linked to Doc #: 21** | | 02/20/2004 | KY |
| 02/24/2004 | 21 | | ORDER | ORDER P has an ext of 14 days to file its oppo to Fed Ds mtn to dism cmplt (#15). cpys dist. | RCJ | 02/24/2004 | KY |
| 02/24/2004 | 22 | | CALENDARING NOTICE | Oral argumnt on Ds mtn to dism (#15) set for 3/22/04 @9am. cpys dist. | | 02/24/2004 | KY |
| 03/05/2004 | 23 | | RESPONSE OPPOSITION | OPPOSITON to Ds mtn to dism cmplt (#15) obo P (m)(FILED SEPARATELY DUE TO SIZE) | | 03/08/2004 | KY |
| 03/05/2004 | 24 | Disp. - 31 | MOTION/DISPOSITIVE | MOTION to transfer case or i/t/a to allow lv to be sought to amend pleadings& for continuance to permit disc to be obtained obo P (m) (DISPO: oppo #28, reply #30, granted #31 **Doc. # 24 linked to Doc #: 27, 28, 30, 31** | | 03/08/2004 | KY |
| 03/09/2004 | 25 | | ORDER STIPULATION | ORDER new date for oral argumnt on mtn to dism or S/J (#15) set for 4/26/04 @9am bfr RCJ. cpys dist. | RCJ | 03/09/2004 | KY |
| 03/09/2004 | 26 | | ORDER STIPULATION | ORDER Ds reply to mtn to dism or for S/J (#15) ext to 3/30/04. cpys dist. | RCJ | 03/09/2004 | KY |
| 03/23/2004 | 27 | | CALENDARING NOTICE | Oral argumnt on mtn to dism (#15) & mtn to transfr (#24) set for 4/26/04 @9am bfr RCJ. cpys dist. | | 03/23/2004 | KY |
| 03/23/2004 | 28 | | RESPONSE OPPOSITION | OPPOSITION to mtn to transfer case (#24) obo D (m) | | 03/23/2004 | KY |
| 03/30/2004 | 29 | | RESPONSE REPLY | REPLY in supprt of mtn to dism or S/J (#15) obo D (m) | | 03/30/2004 | KY |
| 04/05/2004 | 30 | | RESPONSE REPLY | REPLY in supprt of mtn to transfer (#24) obo P (m) | | 04/06/2004 | KY |

# United States District Court - District of Nevada

# Docket Sheet



| Date Filed | Doc. | Status | Docket Type / Docket Name | Docket Entry | Judge | EOD | Clerk |
|---|---|---|---|---|---|---|---|
| 04/28/2004 | 31 | | MINUTES OF PROCEEDINGS HEARING | Oral argumnt on Fed Ds mtn to dism (#15) & for cont to permit disc (#24) hld 4/26/04 bfr RCJ: ORDER case shall be transferred; cnsl to refile their mtns; gvt dir to prepare ordr for Cts signature (C/R L. DeCarter) cpys dist. | RCJ | 04/29/2004 | KY |
| 05/04/2004 | 32 | | NOTICE | of lodging of proposed order obo D (m) | | 05/04/2004 | KY |
| 05/06/2004 | 33 | | ORDER | ORDER instant cause of actn is transferred to US Court of Fed Claims for fur proceedings. cpys dist. | RCJ | 05/06/2004 | KY |
| 08/25/2004 | 34 | | TRANSMITTAL | (cpy) ltr to Crt of Federal Claims snt cert mail w/orig file, transfer ord & cert cpy of dkt sheet. | | 08/25/2004 | RJ |

I hereby attest and certify on 8·25·04 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By [signature] Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA