**IN UNITED STATES COURT OF FEDERAL CLAIMS**

04-1403C

Judge Robert H. Hodges, Jr.

REGATTA BAY LIMITED

vs.

UNITED STATES OF AMERICA

# DISCLOSURE STATEMENT

Other than limited partnership fractional ownership interest, there is no parent corporation of Regatta Bay, Ltd., a Nevada limited partnership. No publicly held corporation owns ten percent (10%) or more of Regatta Bay Limited.

DATED this 30th day of September, 2004.

JOHN PETER LEE, LTD.

/s/ Paul C. Ray, Esq.

PAUL C. RAY, ESQ.
Nevada Bar No. 4365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044
Attorney for Plaintiff