copy

1827

# CERTIFICATE AND AGREEMENT OF LIMITED PARTNERSHIP

OF

REGATTA BAY, LTD., a Nevada Limited Partnership

THIS AGREEMENT, made on August 1, 1981, by and among PHIL ROBERT ROSEQUIST, (the "General Partner"), and that person or those persons described in Exhibit "A" attached hereto and by this reference made a part hereof (collectively, the "Limited Partners"), as it may be amended from time to time as herein provided.

W I T N E S S E T H :

WHEREAS, the General Partner and the Limited Partners now desire to form a Limited Partnership under the laws of the State of Nevada, the purposes of such limited partnership to include, among other things, to acquire certain real property located in Las Vegas, Clark County, Nevada and to own, maintain and operate thereon approximately 120 rental housing units; and

WHEREAS, the General Partner and the Limited Partners desire to enter into this Certificate and Agreement of Limited Partnership and to cause the same to be filed with the office of the County Recorder of Clark County, Nevada (which may, from time to time, be amended and which shall be referred to as the "Agreement") to provide, among other things, for the admission to the Partnership of Additional Limited Partners, and to reflect certain agreements among them;

NOW, THEREFORE, it is mutually agreed that:

1. Formation, Name and Office.

The parties hereto hereby agree to form a Partnership and to conduct the Partnership business, under the name of REGATTA BAY, LTD., as a limited partnership under and pursuant to the Uniform Limited Partnership Act as adopted by the State of Nevada (the "Act"). The principal office of the Partnership shall be maintained at 3401 W. Charleston Blvd., Las Vegas, Nevada, or at such other location as the General Partner may from time to time select, upon prior written notice to the Limited Partners.

2. Definitions.

a. Partners. The term "Partners" as used in this Agreement shall refer collectively to the General Partner, and Limited Partners and any additional or substitute Limited Partner or General Partner of the Partnership. The term "Partner" shall refer to any one of the Partners.

b. Limited Partners. The term "Limited Partners" shall refer collectively to the Limited Partners and any Additional or substitute Limited Partner named in any amendment to the Certificate. The term "Limited Partner" shall refer to any one of the Limited Partners.

be given by any Defaulting Limited Partner. In addition, the Limi[illegible] Partners hereby agree to execute any and all documents necessary [illegible] effectuate any such sale, transfer or assignment.

9. Survival of Obligation. The obligations of a Defaulti[illegible] Limited Partner to the Partnership shall not be extinguished by the [illegible] existence of any option to purchase his Partnership interest, or by [illegible] its exercise, but only by, and to the extent of, any cash installment [illegible] capital contributions made with respect to the Defaulting Limited [illegible] Partner's previous Partnership interest by any Partner or Partners wh[illegible] have purchased his Partnership interest, or any proceeds from the sal[illegible] of his Partnership interest.

10. Working Capital Loans. If the Partnership requires funds for an[illegible] Partnership expenses or obligations currently due and payable, in [illegible] excess of funds otherwise available for such expenses or obligations, [illegible] the General Partner, or any other partner, may loan to the Partnership [illegible] funds to be known as "Working Capital Loans".

(i) Working Capital Loans made to the Partnership shall be [illegible] made as follows: The managing agent of the Project shall notify the [illegible] General Partner in writing if the Partnership has insufficient cash on [illegible] hand from current operations to meet its current obligations and the [illegible] amount of such cash deficit. Within five (5) days after receipt of [illegible] such written notification, the General Partner, or any other Partner, [illegible] may loan to the Partnership sufficient funds to make up said deficit.

(ii) Funds provided by a Partner pursuant hereto are [illegible] referred to herein as "Working Capital Loans". Such loans shall be [illegible] evidenced by promissory notes of the Partnership, not secured by any [illegible] liens or other charges on the Project, bearing interest at current [illegible] prime rate and the repayment thereof shall be subordinated to the [illegible] prior payment of all obligations and expenses of the Partnership [illegible] except distributions to the Limited Partners. Subject to the rules [illegible] and regulations of HUD, such loans shall be repaid out of and be [illegible] considered a first charge on (a) Net Cash Receipts and shall be [illegible] considered a deduction in computing net cash receipts available for [illegible] distributions to the Partners, and (b) any increased Mortgage Loan [illegible] proceeds permitted to be made available by it to pay for the costs and [illegible] expenses provided for by Working Capital Loans.

(iii) The occurrence of the Termination Date shall not [illegible] affect the obligations of the Partnership to repay any Working Capi[illegible] Loans then outstanding, subject to the terms and conditions of th[illegible] Agreement.

11. Books and Records.

a. Maintenance and Accounting Method. The General [illegible] shall keep or cause to be kept full and accurate accounts [illegible] transactions of the Partnership in proper books of account [illegible] shall be maintained at the principal place of business [illegible] ship and be available for reasonable inspection [illegible] Partners or their duly authorized [illegible] books and records shall be [illegible] and comply with applicable [illegible]