U.S. Depart...ent of Housing and Urban Development
Las Vegas Office, Region IX
1500 East Tropicana
Las Vegas, Nevada 89119-6516

RECEIVED JUL - 1 1994

JUN 29 1994

ROBERT ROSEQUIST
3401 WEST CHARLESTON BOULEVARD
LAS VEGAS , NV 89102

Dear Sir/Madam :

On April 15, Secretary, Henry G. Cisneros, implemented the field reorganization for the U.S. Department of Housing and Urban Development (HUD). From this day forward HUD will be doing business in a new way!

Specifically, this office has full authority to make decisions and work with you as a partner to build better, stronger communities. This office has now been designated the primary point of contact for coordination of all HUD programs for your community.

I have been designated as the Secretary's State Coordinator for your community. We are transforming HUD into an activist, enabling agency that is customer-oriented and results driven. We look forward to working with you, in full partnership, with the people we serve.

In the near future, I would like to have the opportunity to discuss how we may better serve, you, our customer. If you have any questions, please do not hesitate to contact me on (702) 388-6500.

Very sincerely yours,

Benjamin F. Davis
Acting State Coordinator

Exhibit 8