MAR 27 2000

U.S. Department of Housing and Urban Development
Departmental Enforcement Center
Los Angeles Satellite Office
611 West Sixth Street, Suite 3800
Los Angeles, CA 90017

MAR 24 2000

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Regatta Bay, Ltd., a Nevada Limited Partnership
Attention: Mr. Phil R. Rosequist, General Partner
3401 W. Charleston Boulevard
Las Vegas, NV 89102

SUBJECT: Notice of Violations and Demand for Corrective Action
Project Name: Regatta Apartments
Project Number: 125-35152

Dear Mr. Rosequist:

Pursuant to Paragraph 14 of the Regulatory Agreement for Insured Multi-Family Housing Projects under Section 221(d)(4) of the National Housing Act, this letter constitutes formal notice by the Secretary of the Department of Housing and Urban Development (HUD) that Regatta Bay Ltd., (Owner) is in violation of its obligations under the Regulatory Agreement dated September 1, 1979. Specifically, HUD finds that the Owner is in violation of:

1. Paragraph 8(b) and (e) of the Regulatory Agreement which prohibits Owner, without the prior written approval of the Secretary, from disposing of any personal property of the project or paying out any funds, or making any distributions of assets except from surplus cash, except for reasonable operating expenses and necessary repairs. A review of the project's file by HUD's Departmental Enforcement Center (DEC) indicated that Owner, from 1985 to 1997 and without prior written HUD approval, withdrew $1,327,420 from project funds to reimburse itself for prior advances to the operating fund, when the project was in a cash deficit or no surplus cash position.

2. Paragraph 10 of the Regulatory Agreement which requires Owner to maintain the premises in good repair and condition. An inspection of the property by HUD's Real Estate Assessment Center (REAC) on September 13, 1999, disclosed several physical deficiencies such as missing or inoperable smoke detectors, missing or inoperable fire extinguishers and misplaced security bars, giving the project a score of 42c.

MAR 27 2000

In addition to the above violations, a review by the DEC of the project's file indicated that Owner, from 1985 to 1997 and without prior written HUD approval, charged the project $152,665 in compound interest, ranging from 6% to 11%, on Owner's advances made to the project when the project was in a cash deficit or no surplus cash position. Further, a comprehensive management review conducted by the DEC from September 13 to 17, 1999 also revealed that several other deficiencies exist on the property. These deficiencies are described in detail in Exhibit A, attached.

As a result of the above described violations and findings, HUD hereby requires the Owner to address the above described concerns at the projects and that the following tasks be completed within thirty (30) days from the date of this letter:

1. Owner will reimburse the project $1,327,420 for the unauthorized withdrawal of project funds. Project funds of Regatta Apartments may not be used for this purpose except to the extent that the project has surplus cash as defined in Paragraph 16(f) of the Regulatory Agreement. You will note that the Owner may not make, receive and retain any distribution of income of any kind as long as there are still outstanding requirements for repairs and maintenance on the projects and until the unauthorized withdrawals have been reimbursed.

2. Owner shall take appropriate corrective action on the deficiencies noted in the HUD REAC Physical Inspection Report, and to certify to HUD in writing that those deficiencies, which are listed under "Inspected Items" on pages 3 to 8 of the Inspection Report, have been corrected.

3. Owner will instruct the Realty Management Company to make a reversing journal entry in the project books and records, to eliminate the improperly accrued interest that Owner charged to the project as payable to Owner in the amount of $152,665.

4. Owner will submit a Management Improvement Operating (MIO) Plan showing all the needed repairs, including required corrections to all of the deficiencies noted in the REAC inspection, as well as the deficiencies observed during the DEC's Comprehensive Management Review (see Attachment A, Exhibit 2). The MIO Plan must be submitted in the prescribed format in HUD Handbook 4355.1, Flexible Subsidy, Form HUD-9835 and Form HUD-9835-A.

Each of the submissions should be directed to both the San Francisco Hub at 450 Golden Gate Avenue, San Francisco, California 94102-3448 to the attention of Janet Browder, Director of Housing and the Los Angeles Departmental Enforcement Center at 611 W. 6th Street, Suite 3800, Los Angeles, California 90017 to the attention of Scott Hunley, Director of Operations.

MAR 27 2000

The failure to comply with any or all of the actions required herein could result in the suspension or abatement of any federal assistance, or the imposition of administrative, civil sanction or other corrective action the DEC deems appropriate under the circumstances.

If you have any questions, please contact Roger Balane, Enforcement Analyst at (213) 894-4282, extension 4019.

Janet Browder
Director
SF Multifamily Hub

Scott Hunley
Director
DEC Los Angeles Satellite Office

Enclosure