U. S. Department of Housing and Urban Development
Washington, D.C. 20410-8000

SEP 05 2000

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

AUG 29 2000

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Sheldon L. Schreiberg, Esq.
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004

SUBJECT: Notice of Default
Project Name: Regatta Apartments
Project Numbers: 125-35152

Dear Mr. Schreiberg:

On March 24, 2000, the Department of Housing and Urban Development notified your client Regatta Bay Ltd., (Owner) that it is in violation of its obligations under the Regulatory Agreement in this matter. Specifically, you were notified that Owner is in violation of Paragraph 8(b) and (e) and Paragraph 10 of said Agreement.

A response to the Department's Notice of Violations was required within thirty (30) days from the date of the notice. Your client requested, and was given, a fifteen (15) day extension to respond. Your first response dated May 9, 2000 was received in this office on May 16, 2000. Your second response dated May 15, 2000 was received in this office on May 17, 2000.

After a thorough review of your letters and accompanying documents, HUD finds that, as to the physical issues, your responses adequately addressed the physical deficiencies raised by the REAC inspection dated September 13, 1999 and HUD's request for a MIO Plan. However, as to the financial matters, HUD finds that your responses did not satisfactorily address the financial issues raised in the Department's Notice of Violations. Namely, that HUD required the Owner to reimburse the project $1,327,420 for the unauthorized withdrawal of project funds and to instruct the Realty Management Company to reverse journal entries in the project books and records to eliminate improperly accrued interest due Owner in the amount of $152,665.

With respect to the $1,327,424 in withdrawals, your May 9, 2000 response only stated: "The owner cannot waste precious resources in disputing the allegations in enormous detail. Simply, the funds were utilized to address project needs and timing of the withdrawals was,

SEP 0 5 2000

perhaps, not appropriate, even, if approved by HUD." Please note that, regardless of the timing, HUD did not approve those withdrawals. In any event, a conclusory statement that "the funds were utilized to address the project needs", without more, is insufficient to respond to HUD's request. Your May 15, 2000 response did not address this issue.

With respect to the $152,665 of interest improperly charged to the project, neither your May 9, 2000 letter nor your May 15, 2000 letter addressed this issue.

We appreciate your statements concerning your commitment to work with HUD to resolve problems in a practical, rather than punitive, manner. We also appreciate your stated intentions to work with HUD in achieving a transfer of the property. However, to date, we have not received the required application for HUD's approval of a Transfer of Physical Assets (TPA) or any other evidence that such a transfer is being effected. We request that you submit any TPA application or other correspondence regarding a sale of the project to this office rather than the Las Vegas HUD office. Please also note that a TPA will not be approved by HUD unless plans are in place to address the project's physical and financial needs and such plans have been approved by HUD in writing.

As a result of the above and after due consideration, the Secretary has, pursuant to Paragraph 14 of the Regulatory Agreement, declared the Owner to be in default of said Regulatory Agreement. Such default is based on violations of paragraphs 8(b) and (e) of the Regulatory Agreement. As an immediate effect of the default, the Department intends to take other enforcement actions which may include, but not be limited to, the imposition of other administrative and/or civil sanctions as determined appropriate by the Department.

If you have any questions concerning this matter, please contact Roger Balane, Enforcement Analyst, at (213) 894-4282 x4019.

for Frank M. Malone
Director,
Multifamily Asset Management