U.S. Department of Housing and Urban Development
Departmental Enforcement Center
Los Angeles Satellite Office
611 West Sixth Street, Suite 3800
Los Angeles, CA 90017

*PRIVILEGED - SETTLEMENT NEGOTIATIONS*

*Via U.S. Mail & Facsimile*

May 3, 2001

Paul C. Ray, Esq.
Law Offices of John Peter Lee, Ltd.
830 Las Vegas Boulevard South
Las Vegas, NV 89101

Re: Regatta Bay Limited

Dear Paul:

In furtherance of our settlement discussions, I am attaching copies of the following correspondence in this matter:

- Notice of Violations and Demand for Corrective Action dated March 24, 2000;
- Pepper Hamilton LLP response to the Notice of Violations dated May 9, 2000;
- Notice of Default dated August 29, 2000.

Also pursuant to our settlement discussions, please find below a breakdown of the data as compiled in the financial records of Regatta Bay LTD's general partner's cash advances and withdrawals. This breakdown is organized by dates, with running balances of the net cumulative amount due the general partner and the cumulative interest that was charged to the project. The transactions shown in the records covered the period from May 15, 1985 to December 31, 1997. The data on the Surplus or Cash Deficit (column F) was independently obtained by the DEC from the project's financial records.

*(This space intentionally left blank.)*

| Fiscal Year End 12/31 | Beginning Balance A | Total owner's Annual: Cash Advance To The Project B | Repayments Of Advance C | Interest Earned D | Cumulative Year End Balance E=(A+B+C+D) | Year End Surplus Cash or (Deficit) F |
|---|---|---|---|---|---|---|
| 1985 | - | 79,879 | (36,033) | 1,711.89 | 45,557.89 | Unknown. |
| 1986 | 45,557.89 | 281,200 | (263,000) | 1,510.63 | 65,268.52 | (10,473) |
| 1987 | 65,268.52 | 314,500 | (265,600) | 2,218.74 | 116,387.26 | (29,999) |
| 1988 | 116,387.26 | 219,600 | (225,900) | 8,541.41 | 118,628.67 | (44,594) |
| 1989 | 118,628.67 | 291,642 | (275,550) | 14,876.70 | 149,597.37 | (34,609) |
| 1990 | 149,597.37 | 183,250 | (248,150) | 12,202.60 | 96,899.97 | (62,663) |
| 1991 | 96,899.97 | 225,600 | (188,500) | 10,894.49 | 144,894.46 | (28,353) |
| 1992 | 144,894.46 | 192,900 | (156,100) | 9,425.93 | 191,120.39 | (36,374) |
| 1993 | 191,120.39 | 114,600 | (147,500) | 11,196.38 | 169,416.77 | (41,517) |
| 1994 | 169,416.77 | 140,100 | (173,000) | 11,968.32 | 148,485.09 | (63,942) |
| 1995 | 148,485.09 | 33,100 | 0 | 13,052.99 | 194,638.08 | (54,901) |
| 1996 | 194,638.08 | 204,720 | (179,870) | 15,882.53 | 235,370.61 | (52,745) |
| 1997 | 235,370.61 | 84,200 | (96,050) | 19,169.46 | 242,690.07 | (129,070) |
| 1998 | 242,690.07 | 15,046 | 0 | 20,013.00 | 277,749.07 | (120,065) |
| Total | | 2,380,337 | (2,255,253) | 152,665.07 | 277,749.07 | |

From 1985 through 1994, HUD disallowed withdrawals of funds over $10,000 per transaction from the project without HUD approval. However, a further breakdown of the withdrawals above revealed that between 1985 through 1994, the withdrawals by Regatta Bay LTD's general partner of amounts that were in excess of $10,000 per transaction totaled $1,051,500 as follows:

| Fiscal Year | Grand Total | Withdrawals by GP: # of times | Dollar Range From | To |
|---|---|---|---|---|
| 1985 | $ 0 | | No repayment of over $10,000. | |
| 1986 | 210,000 | 11 | $ 12,000 | $ 29,000 |
| 1987 | 183,000 | 10 | 13,000 | 25,000 |
| 1988 | 149,000 | 8 | 12,000 | 27,000 |
| 1989 | 153,500 | 9 | 14,000 | 22,500 |
| 1990 | 141,000 | 9 | 13,000 | 20,000 |
| 1991 | 123,000 | 7 | 15,000 | 21,000 |
| 1992 | 52,000 | 3 | 12,000 | 25,000 |
| 1993 | 40,000 | 1 | 40,000 | 0 |
| 1994 | 0 | | No repayment of over $10,000. | |
| Total | $1,051,500 | | | |

Beginning on January 1995, HUD disallowed withdrawals from the project in any amount without HUD approval. However, a review of the project's financial records indicated that from January 1995 to December 1998 the total withdrawals of any amount to the general partner was as follows:

| | | |
|---|---|---|
| 1995 | $ 0 | No withdrawal to GP during the year. |
| 1996 | 179,870 | Fifteen (15) times, at various amounts from $500 to $32,000. |
| 1997 | 96,050 | Nineteen (19) times, at various amounts from $500 to $15,000. |
| Total | $275,920 | |

Thus, the combined total from unauthorized repayments of cash advances from 1985 to 1998 totaled $1,327,420.

We believe this breakdown will provide you with an understanding of the basis on which HUD is demanding the repayment of funds. We look forward to hearing from you concerning a rapid resolution of this matter.

Sincerely,

Luc-Andre Odabashian
Lead Attorney

*Encl.*

*Copy: Seth Shapiro, Esq.*
*USDOJ*