# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: October 8, 2004 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Plaintiff filed its Second Amended Complaint in a timely manner on October 1. According to the rules of this court, Plaintiff's Motion for Leave of Court to Amend Pleading is not necessary, and therefore MOOT.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge