IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGATTA BAY LIMITED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1403C |
| | ) | (Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 days, to and including January 14, 2005, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed November 30, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant promptly sent a copy to the Department of Housing and Urban Development ("HUD") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for HUD has

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the (continued...)

informed counsel for defendant that additional time is necessary for him to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to obtain from HUD employees the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from HUD, and prepare and file the Government's response to the complaint. Completion of this task undoubtedly will be delayed somewhat by the intervening holiday season.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

---

[1](...continued) department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

LUKE ODABASHIAN
Office of Counsel
Department of Housing
and Urban Development
Washington, D.C.

NOVEMBER 18, 2004

CERTIFICATE OF FILING

I hereby certify that on November 18th, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON