# In the United States Court of Federal Claims

* * * * * * *

REGATTA BAY LIMITED, *

Plaintiff, * No. 04-1403C

v. * Filed: November 30, 2004

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time filed on November 18 is GRANTED. Defendant's response to plaintiff's complaint is due January 14, 2005.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge