# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: December 15, 2004 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Defendant's Answer is due no later than January 14. The JPSR will be filed on or before March 4. Thereafter, we will schedule a hearing to discuss the need for discovery, if any, and the likelihood of potentially dispositive motions.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge