**IN UNITED STATES COURT OF FEDERAL CLAIMS**

04-1403C

Judge Robert H. Hodges, Jr.

REGATTA BAY LIMITED

vs.

UNITED STATES OF AMERICA

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Regatta Bay Limited respectfully requests an enlargement of time of 45 days, to and including March 29, 2005, within which to file its Opposition to Motion for Summary Judgment. Plaintiff's Opposition is currently due to be filed February 14, 2005. This is Plaintiff's first request for an enlargement of time for this purpose. Defendant's counsel has informed us that Defendant does not oppose our request for an enlargement to time for this purpose.

On January 14, 2005, Defendant's filed a 35-page Defendant's Motion for Summary Judgment. In that Motion, Defendant cites some 58 cases, 16 statutes and 3 regulations. The 3-Volume Appendix also includes some 26 Exhibits. Plaintiff needs additional time to review these materials.

/ / / /

/ / / /

/ / / /

/ / / /

For these reasons, Plaintiff respectfully request that the Court grant its motion for an enlargement of time.

DATED this 3rd day of February, 2005.

Respectfully submitted:
JOHN PETER LEE, LTD.

/s/ Paul C. Ray, Esq.
PAUL C. RAY, ESQ.
Nevada Bar No. 4365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044
Attorney for Plaintiff

**CERTIFICATE OF FILING**

I HEREBY CERTIFY that on February 3, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul C. Ray, Esq.
PAUL C. RAY, ESQ.