# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: February 10, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

Plaintiff's unopposed motion for an enlargement of time to March 29 to file its Opposition to Motion for Summary Judgment is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge