**IN UNITED STATES COURT OF FEDERAL CLAIMS**

04-1403C

Judge Robert H. Hodges, Jr.

REGATTA BAY LIMITED

vs.

UNITED STATES OF AMERICA

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff Regatta Bay Limited respectfully requests an enlargement of time of 30 days, to and including April 28, 2005, within which to file its Opposition to Motion for Summary Judgment. Plaintiff's Opposition is currently due to be filed March 29, 2005. This is Plaintiff's second request for an enlargement of time. Defendant's counsel has informed us that Defendant does not oppose our request for an enlargement to time for this purpose.

On January 14, 2005, Defendant's filed a voluminous Defendant's Motion for Summary Judgment with a 3-Volume Appendix. Plaintiff's counsel's calendar is such that a number of different matters, including a five-day arbitration, an appellate brief and several other briefs and court appearances in addition to the instant, very substantial matter, have deadlines together in a small time frame during the next two weeks, and counsel requests this scheduling and calendaring relief from the Court. Plaintiff needs additional time to properly respond to the Defendant's Motion for Summary Judgment herein. This request is made in good faith and not for purposes of undue delay.

For these reasons, Plaintiff respectfully request that the Court grant its motion for an enlargement of time.

DATED this 23rd day of March, 2005.

Respectfully submitted:
JOHN PETER LEE, LTD.

/s/ Paul C. Ray, Esq.
PAUL C. RAY, ESQ.
Nevada Bar No. 4365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044
Attorney for Plaintiff

**CERTIFICATE OF FILING**

I HEREBY CERTIFY that on March 23, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul C. Ray, Esq.
PAUL C. RAY, ESQ.