# In the United States Court of Federal Claims

* * * * * * *

REGATTA BAY LIMITED, *

Plaintiff, * No. 04-1403C

v. * Filed: March 29, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's unopposed motion for an enlargement of time to April 28 to file its Opposition to Motion for Summary Judgment is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge