# EXHIBIT "5"

REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

AUG 1 2 2000

August 8, 2000

Mr. Robert Rosequist
3401 W. Charleston
Las Vegas, NV 89102

Re: Regatta Apartments
Loan No.: 0125-35073

Dear Mr. Rosequist:

In referenced to our telephone conversation, enclosed please find your check in the amount of $30,831.41which represents a duplicate payment for June 1, 2000 on the above referenced account. The payment from the management company was received and credited to the account on July 31, 2000.

Should you have questions, please contact me.

Sincerely,

Arlene Wiggins

Arlene Wiggins
Mortgage Analyst

Enclosure

The Nature Conservancy
Saving the Last Great Places

THE NATURE CONSERVANCY

BOB ROSEQUIST
3401 W. CHARLESTON 645-6840
LAS VEGAS, NV 89102

34686

DATE 7-28-00

94-72/1224 NV
7087

PAY TO THE ORDER OF Realty Mortgage $30,831 41/100

Thirty Thousand Eight Hundred Thirty One + 41/100 DOLLARS

Bank of America.

Valued Customer
OVER 20 YEARS

FOR Loan # 012535073

Bob Rosequist

⑆122400724⑆ 00002415500⑈ 4686

AUG 1 ? 2000

# EXHIBIT "6"

1951 KIDWELL DRIVE, SUITE 700 VIENNA, VIRGINIA 22182 (703)760-4700
FINANCIAL SERVICES

June 26, 1992

Mr. Bob Rosequist
3401 W. Charleston Boulevard
Las Vegas, Nevada 89102

Re: Regatta Apartments
FHA Project No. 125-35073

Dear Mr. Rosequist:

In regard to your letter of May 27, 1992, our records show that both the May 1, 1991 and the September 1, 1991 mortgage payments reached this office after the sixteenth of the month.

I called your office in May to find out why the payment had not been received and was advised that it had been mailed on the sixteenth. Enclosed is a copy of the notice we filed with HUD after that conversation.

Also enclosed is a copy of the envelope that the September payment was mailed in. This payment was sent by regular mail, not overnight mail. As you can see, the envelope was postmarked on September 12 and received in this office on September 17.

If you have postal receipts showing that we received the payments were received by us before late fees were due, please send them to us; otherwise, the late fees will remain due and we will expect to receive them immediately.

Thank you for your cooperation in this matter.

Very truly yours,
REILLY MORTGAGE GROUP, INC.

Catherine Caton

Catherine Caton
Mortgage Analyst

cc: Mr. Benjamin Davis - HUD, Las Vegas Office

1951 KIDWELL DRIVE, SUITE 700 VIENNA, VIRGINIA 22182 (703)760-4700
FINANCIAL SERVICES

August 24, 1992

Mr. Bob Rosequist
3401 W. Charleston Boulevard
Las Vegas, Nevada 89102

RE: Regatta Apartments
FHA Project No.125-35073
Notification of Delinquent Mortgage Payment

Dear Mr. Rosequist:

This letter will serve as notification of a delinquent mortgage payment for the captioned project. Please be advised the August 1, 1992 mortgage payment has not been received in our office; therefore, the payment is delinquent and subject to a late fee in the amount of $485.01. In addition, the late fees for May 1, 1991 and September 1, 1991 are still due. The total outstanding late fee balance is $1,455.03.

In accordance with the terms of the security documents, payments are due in this office on or before the first of the month, with a fifteen day grace period allowed for postal delays, etc. If your payment has already been mailed, please remit the outstanding late fee with the enclosed coupon immediately. If, at this time, you are unable to remit the total amount due, please send us written information on the project's financial situation.

An early response and your cooperation will be appreciated.

Sincerely,

REILLY MORTGAGE GROUP, INC.
Catherine Caton
Catherine Caton
Mortgage Analyst

Enclosure

cc: Ms. Dorothy Manz, Las Vegas Area Office-HUD

REGATTA APARTMENTS
3401 W. Charleston Blvd.
Las Vegas, Nevada 89102

September 28, 1992

Reilly Mortgage
1951 Kidwell Drive
Suite 700
Vienna, VA 22182

Attention; Catherine Caton

Re: Regatta Apartments
125-35073
Late Fees

Dear Ms. Caton,

Enclosed plese find check # 4338 in the amount of $970.02 for payment of the May and September 1991 late charges.

Check # 4337 for the September payment along with the late charge of $485.01, was mailed via Express Mail on the 27th of September 1992.

This should clear up all the outstanding balances.

If you have any questions, please feel free to contact me.

Sincerely,

Bob Rosequist

Enclosure

cc: Andrew Robertson, Las Vegas Office

P 467 350 839

RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(See Reverse)

| | |
|---|---|
| Sent to | |
| Street and No | |
| P.O. State and ZIP Code | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt showing to whom and Date Delivered | |
| Return Receipt showing to whom, Date, and Address of Delivery | |
| TOTAL Postage and Fees | $ |
| Postmark or Date | |

PS Form 3800, June 1985 U.S.G.P.O. 1989-234-555

31

# REILLY MORTGAGE GROUP

1951 KIDWELL DRIVE, SUITE 700
VIENNA, VIRGINIA 22182
(703)760-4700
FAX (703)760-4760
FINANCIAL SERVICES

April 13, 1998

Mr. Bob Rosequist
3401 W. Charleston Boulevard
Las Vegas, Nevada 89102

Re: Regatta Apartments
FHA Project No. 125-35173

Dear Mr. Rosequist:

Thank you for wiring funds to replace the March mortgage payment check for the referenced project that was returned to us for "Refer to Maker". As requested, this check has been redeposited for the April mortgage payment.

Please be advised that if this check or any future check is returned by the bank, there will be a $25.00 returned check fee in addition to any late fee that may be due. Also, if any future checks are returned, we will require all payments after that date to be made in certified funds.

If you have any questions concerning this, please feel free to contact me.

Very truly yours,

Catherine Caton

Catherine Caton
Mortgage Analyst

# REILLY MORTGAGE GROUP

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

June 8, 1994

Mr. Bob Rosequist
Regatta Apartments
3401 W. Charleston Blvd.
Las Vegas, Nevada 89102

Re: Regatta Apartments
FHA Project No. 125-35073

Dear Mr. Rosequist:

This is to confirm our May 20, 1994 telephone conversation regarding the April 1994 late fee. We are in receipt of the copy of the Express Mail receipt which shows the package that included the payment was delivered on April 15, 1994 to the post office lock box address.

As discussed, payments are due in the office on or before the first of the month; however, a late fee is not assessed unless the payment is received after the sixteenth of the month in which it is due. The purpose of the grace period is to allow a sufficient amount of time for unexpected delays. You indicated that the project has been experiencing cash flow problems and that you cannot remit the payments earlier in the month pending receipt of the rents.

Our payment processing procedure now requires that all payments are to be sent directly to our post office lock box bank in New York. Unfortunately, forwarding the payments via overnight delivery to the lock box will not guarantee a next day processing date. Our computer system automatically assesses late charges for payments that are not posted by the late charge date.

The mortgagee has agreed to waive the April late fee; however, as discussed, to avoid future late fee assessments, might we suggest that you begin sending the payments via wire transfer or mail the payments earlier in the month to allow a reasonable amount of time for postal delivery. Through the years, we have seen that the mail delivery is not as efficient as in the past. Please keep this mind especially since the payment is being sent from the west coast.

Thank you for your cooperation.

If we can be of further assistance, please do not hesitate to contact us.

Sincerely,

Martha J. Johnson
Assistant Vice President

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

September 26, 1994

SENT VIA TELECOPIER

Mr. Bob Rosequist
Regatta Apartments
3401 West Charlestown Boulevard
Las Vegas, NV 89102

Re: Regatta Apartments
Project Loan No.: 125-35073

Dear Mr. Rosequist:

This letter is to inform you that your check in amount of $30,800.54, which was originally received by us on September 15, 1994 has been returned due to insufficient funds. Your account is now delinquent for the September 1, 1994 installment and a late charge in the amount $485.01 has been assessed on the loan.

Please remit the total amount due of $31,285.55 in the form of either a certified or cashier's check by overnight mail to the address on the letterhead.

It is critical that you remit the funds due in the manner specified.

Upon receipt of this letter please contact me at (702)760-4700 to confirm receipt of your payment. 703

Please be advised that our policy regarding returned checks requires us to assess a returned item fee in the amount of $25.00 for each returned item. We have decided to waive this fee on a one time basis only in this instance, citing the past payment history of this account. Be aware that any future payments that are returned will be due for this charge without exception.

Sincerely,

John Williams

John Williams
Mortgage Analyst

REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

October 14, 1994

Mr. Robert Rosequist
Regatta Apartments
3401 West Charleston Boulevard
Las Vegas, NV 89102

Re: Regatta Apartments
Project Loan No. 125-35073

Dear Mr. Rosequist:

Please find enclosed your check number 05570 dated September 12, 1994 in the amount of $38,000.54. This check was returned stamped non sufficient funds by the Bank of America, Las Vegas.

If you have any questions regarding this matter, please contact me at (703)760-4700.

Sincerely,

John Williams
Mortgage Analyst

SEP 19 1994

**REGATTA APARTMENTS**
3401 W. CHARLESTON 459-0400
LAS VEGAS, NV 89102

**Bank of America**
P.O. Box 98600 #02
Las Vegas, Nevada 89193-8600

05570

94-72/1224

NON SUFFICIENT FUNDS

Sept. 12 1994

PAY Thirty thousand, eight hundred and 54/100's------------------ DOLLARS $ 30.800.54

TO THE ORDER OF Reilly Mortgage Group

Acct. # 00195717

⑈00005570⑈ ⑆122400724⑆ 025165571⑈ ⑈0003080054⑈

REGATTA APARTMENTS

3401 W. CHARLESTON BLVD.
LAS VEGAS, NEVADA 89102
(702) 870-9071
FAX (702) 870-7056

2 Checks to
Reilly Mortgage
Must go ~~[illegible]~~
Federal Express ASAP.

September 26, 1996

Reilly Mortgage Group
2000 Corporate Ridge, Suite 925
McLean, Virginia 22102

Attn: Arlene Cade
Re: Regatta Apartments
Loan No. 012535073

Dear Ms. Cade,

As discussed during our conversation on September 16, 1996, please find enclosed a check in the amount of $31,634.42 for the September payment plus $485.01 late charge for September plus $25.00 handling fee for a total of $32,144.43.

You indicated in our conversation yesterday that if the September payment was paid we would need an additional $5,522.33 to meet the tax bill which is due on September 30, 1996. Therefore please find enclosed a check in the amount of $5,522.33.

Please find enclosed a copy of a letter and related documentation, which was mailed in June of this year regarding the May late charge which was mailed in June of this year. Please delete the charge as it was charged in error.

I'm also requesting the July late charge be deleted. We had tenant rent checks returned to us which in turn reduced the funds available for your check. I did not know this had happened until after the fact. At that time I sent you a Cashiers check.

Thank you in advance.

Phil R. Rosequist

Phil R Rosequist
General Partner Regatta Bay Limited

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Nov 20, 1996

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due on Nov 1, 1996 for the captioned project. A late fee of $ 943.02 has been assessed to your account. The unpaid late charge will be included on your next billing statement. As required, this delinquency has been reported to the U. S. Department of Housing and Urban Development.

In accordance with the terms of the mortgage documents, payments are due on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade

Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Dec 1, 1996

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

Please be advised that the Nov 1, 1996 mortgage payment has not been received for the referenced project.

Under the terms of the Mortgage and Regulatory Agreement, we must file a Notice of Default with the U. S. Department of Housing and Urban Development if payment becomes more than 30 days delinquent. Please be reminded that the mortgagee has the right to assign this loan to the Secretary of Housing and Urban Development.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Martha J. Johnson
Assistant Vice President

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Dec 17, 1996

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due on Dec 1, 1996 for the captioned project. A late fee of $ 1,428.03 has been assessed to your account. The unpaid late charge will be included on your next billing statement. As required, this delinquency has been reported to the U. S. Department of Housing and Urban Development.

In accordance with the terms of the mortgage documents, payments are due on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade

Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

December 20, 1996

Mr. Bob Rosequist
Regatta Apartments
3401 W. Charleston Boulevard
Las Vegas, NV 89102

RE: Regatta Apartments
Loan No. 012535073

Dear Mr. Rosequist:

Please be advised, that the November 1, 1996, mortgage payment was returned due to insufficient funds. However, the December payment was applied to satisfy that month. Below is a breakdown for the outstanding December mortgage payment:

$31,451.49 (12/1/96 mortgage payment)
1,428.03 (late charges)
25.00 (returned check fee)

Please send a cashier or certified check in the amount of $32,904.52 to bring the account current. Additionally, the taxes are due on January 1, 1997, in the amount $8,822.00. Presently, there is only $5,513.00 [illegible] tax escrow [illegible]t. Please send a check for $3,308.67 by December 27, 1996, [illegible] the payment will be made in a timely manner. Reilly Mortgage Group will not be responsible for penalties that may occur.

Thank you for your cooperation and [illegible] response to this matter. Should you have further questions, please contact me at 703 [illegible] 700.

Sincerely,

Arlene Cade

Arlene Cade
Mortgage Analyst

41

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

RECEIVED
JAN 06 1997

Jan 1, 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

Please be advised that the Dec 1, 1996 mortgage payment has not been received for the referenced project.

Under the terms of the Mortgage and Regulatory Agreement, we must file a Notice of Default with the U. S. Department of Housing and Urban Development if payment becomes more than 30 days delinquent. Please be reminded that the mortgagee has the right to assign this loan to the Secretary of Housing and Urban Development.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Martha J. Johnson
Assistant Vice President

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

'EILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Jan 20, 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

JAN 29 1997

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due on Jan 1, 1997 for the captioned project. A late fee of $ 1,940.04 has been assessed to your account. The unpaid late charge will be included on your next billing statement. As required, this delinquency has been reported to the U. S. Department of Housing and Urban Development.

In accordance with the terms of the mortgage documents, payments are due on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade

Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

February 26, 1997

RECEIVED
MAR 3 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD
LAS VEGAS NV 89102

Re: REGATTA APARTMENTS
Loan No.: 012535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due for the current month's mortgage payment for the captioned project. A late fee is due the holding mortgagee. If you have included the late fee with the mortgage payment, please disregard this notice. If you have not remitted the late fee to date, it will appear on your next billing statement. As required, this delinquency has been reported to the U.S. Department of Housing and Urban Development.

In accordance with the terms of the security documents, payments are due in this office on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade

ARLENE CADE
Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

MAR 13 1997

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Mar 1, 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

Please be advised that the Feb 1, 1997 mortgage payment has not been received for the referenced project.

Under the terms of the Mortgage and Regulatory Agreement, we must file a Notice of Default with the U. S. Department of Housing and Urban Development if payment becomes more than 30 days delinquent. Please be reminded that the mortgagee has the right to assign this loan to the Secretary of Housing and Urban Development.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Martha J. Johnson
Assistant Vice President

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

45

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Mar 16, 1997

RECEIVED
MAR 27 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due on Mar 1, 1997 for the captioned project. A late fee of $ 1,940.04 has been assessed to your account. The unpaid late charge will be included on your next billing statement. As required, this delinquency has been reported to the U. S. Department of Housing and Urban Development.

In accordance with the terms of the mortgage documents, payments are due on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade

Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

46

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

APR 2 ? 1997

Apr 17, 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due on Apr 1, 1997 for the captioned project. A late fee of $ 1,940.04 has been assessed to your account. The unpaid late charge will be included on your next billing statement. As required, this delinquency has been reported to the U. S. Department of Housing and Urban Development.

In accordance with the terms of the mortgage documents, payments are due on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade

Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

May 19, 1997

RECEIVED
MAY 27 1997

MR. BOB ROSEQUIST
MR.BOB ROSEQUIST
3401 W. CHARLESTON BOULEVARD

LAS VEGAS NV891020000

Re: REGATTA APARTMENTS
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

This letter will serve as notice of a delinquent mortgage payment due on May 1, 1997 for the captioned project. A late fee of $ 1,940.04 has been assessed to your account. The unpaid late charge will be included on your next billing statement. As required, this delinquency has been reported to the U. S. Department of Housing and Urban Development.

In accordance with the terms of the mortgage documents, payments are due on or before the first of the month; however, a late fee will not be imposed if the mortgage payment is received on or before the 16th of the month.

Failure to cure this delinquency within 30 days of the due date will result in a declaration of default under the terms of the Mortgage and Regulatory Agreement.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Arlene Cade
Mortgage Analyst

Enclosure

cc: Chief, Loan Management Branch, HUD Area Office

REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

March 31, 1999

REC'D

Ms. Pam Heiney
Realty Management, Inc.
4435 Southeastern Avenue
Las Vegas, NV 89119

Re: Regatta Apartments
Loan No. 012535073
FHA Project No. 125-35073

Dear Ms. Heiney:

This letter will serve as notice of late fees due the holding mortgagee and each month the amount appears on your monthly billing statement. Our records show the following fees due for the months indicated:

| | |
|---|---|
| April 1, 1997 | $485.01 |
| May 1, 1997 | $485.01 |
| June 1, 1997 | $485.01 |
| June 1, 1998 | $485.01 |
| March 1, 1999 | $485.01 |
| **TOTAL:** | **$2,425.05** |

We are requesting that these funds be forwarded to this office without further delay or that we may be furnished an explanation if this is not possible. If the project is experiencing a cash flow problem, we will welcome your suggestions for curing the outstanding late fees.

Reilly Mortgage Group also offers an automatic mortgage payment program called Pre-Authorized Transfers (PAT). With PAT, you will save on postage and check charges, eliminate the possibility of late charges, and have peace of mind that your payment has been made on time every month. Simply complete the enclosed form and we will notify you when the first payment will be processed through PAT. Please continue to mail your payment until you receive notice that the automatic draft on your bank account will begin.

Your prompt reply and cooperation are greatly appreciated.

Sincerely,

Arlene Wiggins

Arlene Wiggins
Mortgage Analyst

Enclosure

cc: Chief, Asset Management Branch, HUD Area Office

REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

November 15, 1999

Ms. Pam Heiney
Realty Management Inc.
4435 Southeastern Avenue
Las Vegas, NV 89119

Re: Regatta Apartments
Loan No. 012535073
FHA Project No. 125-35073

Dear Ms. Heiney:

This letter will serve as a notice of late fees due the holding mortgagee and each month the amount appears on your monthly billing statement. Our records show the following fees due for the months indicated:

| | |
|---|---|
| April -- June 1997 | $485.01 each month |
| June 1998 | $485.01 |
| March -- October 1999 | $485.01 each month |
| TOTAL: | $5,820.12 |

We are requesting that these funds be forwarded to this office without further delay or that we may be furnished an explanation if this is not possible. If the project is experiencing a cash flow problem, we will welcome your suggestions for curing the outstanding late fees.

Reilly Mortgage Group also offers an automatic mortgage payment program called Pre-Authorized Transfers (PAT). With PAT, you will save on postage and check charges, eliminate the possibility of late charges, and have peace of mind that your payment has been made on time every month. Simply complete the enclosed form and we will notify you when the first payment will be processed through PAT. Please continue to mail your payment until you receive notice that the automatic draft on your bank account will begin.

Your prompt reply and cooperation are greatly appreciated.

Sincerely,

Arlene Wiggins

Arlene Wiggins
Mortgage Analyst

Enclosure

cc: Chief, Asset Management Branch, HUD Area Office

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
FINANCIAL SERVICES

Jun 2, 2000

Ms. Pam Heiney
Realty Management Inc.
4435 Southeastern Avenue

Las Vegas NV891190000

Re: Regatta Apartments
Loan No. 01-2535073
Notification of Delinquent Mortgage Payment

Dear Sir or Madam:

Please be advised that the May 1, 2000 mortgage payment has not been received for the referenced project.

Under the terms of the Mortgage and Regulatory Agreement, we must file a Notice of Default with the U. S. Department of Housing and Urban Development if payment becomes more than 30 days delinquent. Please be reminded that the mortgagee has the right to assign this loan to the Secretary of Housing and Urban Development.

If you have any questions, please feel free to contact us at (703) 760-4700. An early response and your cooperation will be appreciated.

Sincerely,

Martha S. Johnson
Vice President

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

RECEIVED AUG 1 2 2000

August 8, 2000

Mr. Robert Rosequist
3401 W. Charleston
Las Vegas, NV 89102

Re: Regatta Apartments
Loan No.: 0125-35073

Dear Mr. Rosequist:

In referenced to our telephone conversation, enclosed please find your check in the amount of $30,831.41which represents a duplicate payment for June 1, 2000 on the above referenced account. The payment from the management company was received and credited to the account on July 31, 2000.

Should you have questions, please contact me.

Sincerely,

Arlene Wiggins

Arlene Wiggins
Mortgage Analyst

Enclosure

2000 CORPORATE RIDGE, SUITE 925 • McLEAN, VA 22102

REILLY
MORTGAGE
GROUP

REILLY
The best Return In Mortgage Banking

AUG 9 '00
VA

$0.33
PB METER
6501387

53

83102-1837 28

THE NATURE CONSERVANCY
SEA OTTER

The Nature Conservancy. Saving the Last Great Places

BOB ROSEQUIST
3401 W. CHARLESTON 645-6840
LAS VEGAS, NV 89102

34686

DATE 7-28-00

94-72/1224 NV
7087

PAY TO THE ORDER OF Realty Mortgage $ 30,831 41/100

Thirty Thousand Eight Hundred Thirty One + 41/100 DOLLARS

Bank of America. Valued Customer OVER 20 YEARS

FOR Loan # 012535073 Bob Rosequist

⑆122400724⑆ 000024155001⑈ 4686

RECEIVED
AUG 1 2 2000

54