## LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 198 3

Chesley R. and Mary F. Davies
By Phil Robert Rosequist

Signature Attorney in Fact
Phil Robert Rosequist

Chesley R. & Mary F. Davies
Name of Limited Partner
(Please Print)

2511 E. Casey LV 89120
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ______________, a Notary Public in the above mentioned jurisdiction, do hereby certify that on this ___ day of October, 1983, personally appeared Phil Robert Rosequist, and acknowledged the ...

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires:

(NOTARIAL SEAL)

827

## LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1981 ______________ of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 1981

Will Kemp
by Phil Robert Rosequist
Signature, Attorney in Fact
Phil Robert Rosequist

Will Kemp
Name of Limited Partner
(Please Print)

2882 San Lago, LV. 89121
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ______________, a Notary Public in the afore mentioned jurisdiction, do hereby certify that on this 28th day of October, 1981, personally appeared Phil Robert Rosequist, and acknowledged the foregoing

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires: 6-28-96

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
Patricia McCann
My Appointment Expires June 28, 1996

1827

## LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 1983

Lola Violet Sullivan Trust
by Phil Robert Rosequist
Signature Attorney in Fact
Phil Robert Rosequist

LOLA VIOLET SULLIVAN TRUST
Name of Limited Partner
(Please Print)

P. O. Box 3013, NLV 89030
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ______, a Notary Public in the afore-mentioned jurisdiction, do hereby certify that on this 28th day of October, 1983, personally appeared Phil Robert Rosequist, and acknowledged the foregoing

1887

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires: 6-25-86

(NOTARIAL SEAL)

LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 ______________ of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 198 1

Jack R. Findlay
by Phil Robert Rosequist

Signature Attorney in Fact
Phil Robert Rosequist

Jack R. Findlay
Name of Limited Partner
(Please Print)

1216 Oaktree, LV 89108
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ______________, a Notary Public in the aforementioned jurisdiction, do hereby certify that on this 28th day of October, 1984, personally appeared Phil Robert Rosequist, and acknowledged the foregoing

1827

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires:

(NOTARIAL SEAL)

45

LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 1983

Michael S. Ravitch
by Phil Robert Rosequist
Signature Attorney in Fact
Phil Robert Rosequist

Michael S. Ravitch
Name of Limited Partner
(Please Print)

1306 Mountain View Pl, Boulder City, NV
Residence
89005

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ____________, a Notary Public in the aforementioned jurisdiction, do hereby certify that on this 21st day of October, 1983, personally appeared Phil Robert Rosequist, and acknowledged the foregoing

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires:

(NOTARIAL SEAL)

1827 188108
47

LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 18, 1983.

[signature]

Signature Attorney in Fact
Phil Robert Rosequist

Eve Nicholas and Patricia Robison
Name of Limited Partner
(Please Print)

2510 E. Saddle, LV 89121
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ____________, a Notary Public in the aforementioned jurisdiction, do hereby certify that on this 18th day of October, 1983, personally appeared Phil Robert Rosequist, and acknowledged the foregoing to

1827 1788190 47

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires: 6-21-86

(NOTARIAL SEAL)

49

LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 ____________ of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, ____________, 1983

M.C.R. Company
by Phil Robert Rosequist
Signature Attorney in fact
Phil Robert Rosequist

MCR COMPANY
Name of Limited Partner
(Please Print)

2510 E. Saddle Av., LV 89121
Residence

STATE OF NEVADA )
COUNTY OF CLARK ) ss:

I, Patricia McCune, a Notary Public in the above mentioned jurisdiction, do hereby certify that on this ____ day of [illegible] 1983 [illegible] personally [illegible]
Phil Robert Rosequist [illegible]

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

[signature]

Notary Public

My Commission Expires: 6-28-86

STATE OF NEVADA
County of Clark
Patricia McCann
My Appointment Expires June 28, 1986

(NOTARIAL SEAL)

## LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 19[illegible] of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners of the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Part-er o REGATTA BAY, LTD., and individually.

Dated: ctobr 28, 198 3

Joseph W. & Pamela Brown
by Phil Robert Rosequist
Signature Attorney in Fact
Phil Robert Rosequist

Joseph W. & Pamela J. Brown
Name of Limited Partner
(Please Print)

3138 Redwood St., LV 89102
Residence

STATE OF NEVADA )
COUNTY OF CLARK ) ss:

I, ____________, a Notary Public in the afore-mentioned jurisdiction, do hereby certify that on this [illegible] day of October, 198 3, personally appeared Phil Robert Rosequist, and acknowledged the foregoing [illegible]

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires: 6-31-16

(NOTARIAL SEAL)

1827

53

LIMITED PARTNER SIGNATURE PAGE

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file a Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners in the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 1983

Clemons F. Walker
by Phil Robert Rosequist
Signature Attorney in Fact
Phil Robert Rosequist

Clemons F. Walker
Name of Limited Partner
(Please Print)

600 N. Torrey Pines, LV 89107
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ______________, a Notary Public in the aforementioned jurisdiction, do hereby certify that on this 28th day of October, 1983, personally appeared Phil Robert Rosequist and acknowledged the foregoing

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

[signature]
Notary Public

My Commission Expires: 6-23-76

(NOTARIAL SEAL)

1827

55

**LIMITED PARTNER SIGNATURE PAGE**

The undersigned, desiring to enter into the Agreement of Limited Partnership ("Partnership Agreement") in the form attached as an Exhibit to the Confidential Offering Memorandum dated August 1, 1983 ________ of REGATTA BAY, LTD., a Nevada limited Partnership (the "Partnership"), hereby agrees to all of the terms and provisions thereof. The undersigned hereby constitutes and appoints PHIL ROBERT ROSEQUIST the General Partner of the Partnership, individually, his true and lawful attorney-in-fact, with all the powers and authorities as set forth in said Agreement of Limited Partnership, including, without limitation, in his name, place and stead to make execute, sign, acknowledge, swear to, deliver and file Certificate of Limited Partnership and amendments thereto for the purpose of admitting the undersigned and others as Limited Partners of the Partnership. The undersigned hereby joins and executes said Agreement of Limited Partnership and hereby authorizes this Signature Page to be attached thereto. The power of attorney hereby granted shall be deemed to be coupled with an interest, shall be irrevocable and shall survive the death of the undersigned.

WITNESS, the execution hereof by the undersigned, as a Limited Partner of REGATTA BAY, LTD., and individually.

Dated: October 28, 1983

Joseph and Sharon Burt
by Phil Robert Rosequist
Signature Attorney in Fact
Phil Robert Rosequist

Joe & Sharon Burt
Name of Limited Partner
(Please Print)

6601 Pickford Ln, LV 89107
Residence

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, ________, a Notary Public in the above mentioned jurisdiction, do hereby certify that on this ____ day of October, 1983, personally appeared Phil Robert Rosequist [illegible]

1827

be his act as Limited Partner in the foregoing Agreement of Limited Partnership and his free act and deed.

Notary Public

My Commission Expires: 6 24 86

(NOTARIAL SEAL)

83-27834 Pm

LAND TITLE OF NEVADA
OCT 20 4 31 PM '83