# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: May 4, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

## ORDER

The Clerk of Court rejected various filings for violations of this court's rules. In the future, plaintiff's attorney will ensure that all filings comply with the rules of this court. Meanwhile, we ask that the Clerk accept the current materials for filing, notwithstanding the defects noted.

Plaintiff's Cross Motion for Continuance to Permit Depositions and Discovery seeks additional time for those purposes, though no period of time is included in the motion. Plaintiff will advise defendant and the court whether it seeks a specific period of time for these purposes so that the Clerk may enter appropriate notations on the docket. Defendant will notify plaintiff and the court within 10 days hereof, whether it will oppose plaintiff's motion for continuance.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge