# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: May 4, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

We ask that the Clerk of Court strike Entry No.18 from the docket.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge