JOHN PETER LEE, LTD.
PAUL C. RAY, ESQ.
Nevada Bar No. 004365
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044
Attorney for Plaintiff

E-filed on May 4, 2005

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

REGATTA BAY LIMITED,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

No. 04-1403C
(Judge Hodges)

604.022029 dp

**NOTICE OF ERRATA TO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that a typographical error appears at page 10, line 13 of the Opposition to Defendant's Motion for Summary Judgment filed by Regatta Bay, Ltd. ("Regatta") on April 28, 2005. The word appearing as "now" should be "not". The sentence appearing at lines 11 through 13 should read correctly as follows:

> HUD's cancellation of the insurance, which ultimately required Reilly to assign the note, was based upon HUD's unreasonable demand for payment of more than $1 million dollars in thirty (30) days which Regatta did not owe.

PLEASE TAKE NOTICE that two (2) references to the date of an Exhibit in two of the supporting documents mistakenly refer to the document as being dated June 20, 2000, but the correct date is June 20, 2001. The incorrect references appear at page 2, line 8 of the Affidavit of Paul C. Ray, Esq. filed April 29, 2005, and at page 18, line 27, of the Response to Requested Findings filed

April 28, 2005. A copy of the actual document showing the correct date appears in the Federal Defendant's Appendix, Volume 3, on page 62.

PLEASE TAKE NOTICE that in the Response to Requested Findings on page 14, line 6, the reference to Federal Defendant demanding $1.4 million payment should be to a demand for payment of $1.3 million dollars.

DATED this 4th day of May, 2005.

JOHN PETER LEE, LTD.

PAUL C. RAY, ESQ.
Nevada Bar No. 004365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044 Fax: (702) 383-9950
*Attorney for Plaintiff*

**JOHN PETER LEE, LTD.**
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950