JOHN PETER LEE, LTD.
PAUL C. RAY, ESQ.
Nevada Bar No. 004365
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044
Attorneys for Plaintiff

E-Filed on May 10, 2005.

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| REGATTA BAY LIMITED,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-1403C<br>(Judge Hodges) |

604.022029 dp

**RESPONSE TO MAY 4, 2005 ORDER**

Pursuant to the Court's May 4, 2005 Order, Regatta Bay, Ltd. ("Regatta Bay") advises counsel and the Court whether Regatta Bay seeks a specific period of time for the purposes stated in Regatta Bay's Cross-Motion for Continuance to Permit Depositions and Discovery. Regatta Bay requests the Court to enter an order permitting depositions to be taken and discovery to be had prior to the hearing of the Defendant's Motion for Summary Judgment.

As indicated in the Affidavit of Paul C. Ray, Esq. filed April 28, 2005, and the attached correspondence attached thereto, Regatta Bay needs to receive the Federal Defendant's documentation before setting depositions. Counsel for the Federal Defendant have indicated that the Federal Defendant requires approximately four (4) weeks to produce the requested documentation. (See Affidavit of Paul C. Ray, Esq., ¶ 6, filed April 28, 2005.) Regatta Bay would request thirty (30) to sixty (60) days to review the document production and an additional thirty (30) to sixty (60) days if possible to schedule depositions at the mutual convenience of all involved.

Regatta Bay requests relief to avoid the following scenario. The Federal Defendant might

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

seek to limit discovery to the topics of the pending motion for summary judgment. After document production and depositions, Regatta Bay presents additional evidence to completely refute the motion. The Federal Defendant might then file an answer raising new defenses. Regatta Bay might then need to do a second course of discovery addressing the Federal Defendant's defenses. Regatta Bay would rather know the Federal Defendant's defenses at the beginning of discovery, if possible, so that only one course of discovery will be necessary.

Regatta Bay would like to be able to hold an early meeting of counsel and to follow the ordinary discovery rules. Regatta Bay believes that discovery would be most economical if it could go forward with knowledge of the Federal Defendant's defenses. For example, such knowledge could eliminate the possible need for duplicated depositions of the same witnesses.

In sum, Regatta Bay requests the Court to enter an order granting Regatta Bay's cross-motion for a continuance to allow discovery to proceed. Regatta Bay requests the full amount of discovery time allowed and believes that at least one hundred fifty (150) days should be permitted to allow the Federal Defendant the time it requires to produce the documents related to its motion for summary judgment, to allow Regatta Bay time to review the documents, and to allow the depositions to be scheduled for the mutual convenience of all involved. For economy in discovery, Regatta Bay requests that the Federal Defendant be required to file its answer so that discovery may proceed on all issues relevant to the case rather than in a piecemeal fashion.

DATED this 10th day of May, 2005.

JOHN PETER LEE, LTD.

JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
PAUL C. RAY, ESQ.
Nevada Bar No. 004365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044 Fax: (702) 383-9950
*Attorneys for Plaintiff*