IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGATTA BAY LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1403C |
| | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 15 days, to and including May 31, 2005, within which to file: (1) our reply brief to plaintiff's opposition to our motion for summary judgment; and (2) our response to plaintiff's cross-motion for continuance to permit depositions to be taken and discovery to be had; and (3) our response to the Court's May 4, 2005 order and reply to plaintiff's response to the Court's May 4, 2005 order. Our reply brief, response to plaintiff's motion for discovery, and response to the Court's May 4, 2005 order all are due to be filed May 16, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the plaintiff's submissions in response to our motion for summary judgment, counsel timely transmitted copies of those documents to counsel for the Department of Housing and Urban Development. Although agency counsel has begun

the process of drafting a response to each of plaintiff's submissions, additional time is necessary for agency counsel to complete this task. Timely completion of this task has been hampered because agency counsel has been out of the office for approximately the past week, conducting other agency business.

In addition, plaintiff's response to the Court's May 4, 2005 order, which plaintiff's counsel filed electronically on May 10, 2005, contains additional argument concerning plaintiff's request for discovery which requires additional consideration by the agency and research by undersigned counsel before a full response can be provided to the Court.

Once the agency's response to plaintiff's submissions is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the agency's response, obtain any additional information or clarification from HUD, and prepare and file the Government's reply brief and responses.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

LUKE ODABASHIAN
Office of Counsel
Department of Housing
and Urban Development
Washington, D.C.

MAY 11, 2005

CERTIFICATE OF FILING

I hereby certify that on May 11, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON