IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REGATTA BAY LIMITED, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1403C |
| | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 6 days, to and including June 6, 2005, within which to file: (1) our reply brief to plaintiff's opposition to our motion for summary judgment; and (2) our response to plaintiff's cross-motion for continuance to permit depositions to be taken and discovery to be had; and (3) our response to the Court's May 4, 2005 order and reply to plaintiff's response to the Court's May 4, 2005 order. Our reply brief, response to plaintiff's motion for discovery, and response to the Court's May 4, 2005 order all are due to be filed May 31, 2005. This is defendant's second request for an enlargement of time for this purpose. The Court previously has granted us an enlargement of time of 15 days for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

In our previous motion for enlargement of time, we informed the Court that agency counsel was in the process of drafting a

response to each of plaintiff's submissions and that additional time was necessary for agency counsel to complete this task. Agency counsel now has transmitted its response to counsel for defendant and counsel for defendant is in the process of drafting our reply brief and responses. While counsel for defendant has made significant progress on preparing the Government's reply brief and responses, counsel for defendant also has requested additional information from HUD, which the agency counsel is in the process of gathering. Timely completion of this task will be hampered somewhat by the intervening Federal holiday. Once that additional information is received, counsel will be in a position to complete the Government's reply brief and responses. Once completed, additional time will be necessary to obtain the requisite Department review and approval.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

OF COUNSEL:

LUKE ODABASHIAN
Office of Counsel
Department of Housing
and Urban Development
Washington, D.C.

MAY 26, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 26, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON