# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: June 3, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

The unopposed motion for enlargement filed by the Government on May 26 is GRANTED. Defendant's response and reply to the motions for summary judgment, its response and reply regarding this Court's May 4 Order, and its response to plaintiff's motion for continuance are due no later than June 6.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge