**IN UNITED STATES COURT OF FEDERAL CLAIMS**

04-1403C

Judge Robert H. Hodges, Jr.

REGATTA BAY LIMITED

vs.

UNITED STATES OF AMERICA

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Regatta Bay Limited respectfully requests an enlargement of time of 18 days, to and including July 5, 2005, within which to file Plaintiff's Reply Brief in Support of Cross-Motion for Continuance to Permit Depositions to be Taken and Discovery to be Had, which is currently due to be filed June 20, 2005. This is Plaintiff's first request for an enlargement of time to file its Reply. Defendant's counsel has informed us that Defendant does not oppose our request for an enlargement to time for this purpose.

Plaintiff's counsel needs additional time to address the numerous issues raised by the Defendant in its pending Response and related papers. This request is made in good faith and not for purposes of undue delay. Counsel are also coordinating with co-counsel to comply with the Court's June 10, 2005 Order, and counsel will soon contact the Court with a mutually convenient date for the hearing.

For these reasons, Plaintiff respectfully request that the Court grant its motion for an

////

enlargement of time.

DATED this 17th day of June, 2005.

Respectfully submitted:
JOHN PETER LEE, LTD.

/s/ Paul C. Ray, Esq.
PAUL C. RAY, ESQ.
Nevada Bar No. 4365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044
Attorney for Plaintiff

## CERTIFICATE OF FILING

I HEREBY CERTIFY that on June 17, 2005, a copy of the foregoing "Plaintiff's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul C. Ray, Esq.
PAUL C. RAY, ESQ.