# In the United States Court of Federal Claims

* * * * * * *

REGATTA BAY LIMITED, *

Plaintiff, * No. 04-1403C

v. * Filed: June 22, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The unopposed motion for enlargement filed by Regatta Bay on June 17 is GRANTED. Plaintiff's reply brief in support of its motion for continuance is due no later than July 5. The parties are reminded to contact the court by June 30 to schedule a hearing on defendant's motion for summary judgment.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge