# In the United States Court of Federal Claims

* * * * * * *

| | | |
|---|---|---|
| REGATTA BAY LIMITED, | * | |
| Plaintiff, | * | No. 04-1403C |
| v. | * | Filed: June 27, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

* * * * * * *

**ORDER**

A hearing on defendant's motion for summary judgment is scheduled for August 11 at 2:00 p.m. in the National Courts Building.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge