JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
PAUL C. RAY, ESQ.
Nevada Bar No. 004365
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| REGATTA BAY LIMITED,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-1403C<br>(Judge Hodges) |

604.022029 dp

**AFFIDAVIT OF PHIL R. ROSEQUIST**

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

PHIL R. ROSEQUIST, upon being first duly sworn, under penalty of perjury, deposes and says:

That he is the General Partner of Regatta Bay, Ltd. ("Regatta") which is the Plaintiff in Case No. 04-1403C in the United States Court of Federal Claims. He has personal knowledge of the facts as set forth hereunder and is competent to testify to the same.

1. Affiant and Regatta never received a written notice of default and election to sell under Regatta's subject mortgage or received an opportunity to cure any written notice of default before receiving a letter dated July 26, 2000, a true and correct copy of which is attached as Exhibit "1", stating for the first time that the mortgage is both noticed as being in default and accelerated at the same time.

2. The July 26, 2000 letter does not describe the deficiency of performance but states

only, "Specifically, the mortgagor has failed to correct the continuing material breach." The letter does not identify what "the continuing material breach" is.

3. Attached hereto as Exhibit "1" is a true and correct copy of items Affiant received on or about August 12, 2000, including a letter dated August 8, 2000 from Arlene Wiggins of Reilly Mortgage Group, Inc., the envelope postmarked August 9, 2000, and the check which Affiant sent to Reilly Mortgage on July 28, 2000.

4. The purpose of Affiant sending the July 28, 2000 check was to cure the lateness of the payment which was due July 1, 2000.

5. Reilly Mortgage Group, Inc. returned the check copied at Exhibit "1" to Affiant, and Affiant never later received a written notice of default and election to sell or an opportunity to cure any default of the mortgage.

6. To Affiant's knowledge no written notice of default and election to sell under Regatta's mortgage was ever recorded.

7. Neither Affiant nor Regatta ever waived the right to written notice of default and election to sell nor did they ever waive the right to cure a default.

FURTHERMORE, Affiant sayeth naught.

PHIL R. ROSEQUIST

SUBSCRIBED AND SWORN to before me this 1st day of July, 2005.

NOTARY PUBLIC in and for said County and State

DIANE M. POWELL
Notary Public State of Nevada
No. 99-35771-1
My appt. exp. Mar. 7, 2007

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

# EXHIBIT "1"

# REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

July 26, 2000

**Sent Federal Express**

Regatta Apartments
Attention: Mr. Phil Rosequist
3401 W Charleston
Las Vegas, NV 89102

Re: Regatta Apartments
Loan #: 012535073
FHA Project No. 125-35073

Gentlemen:

We have been advised by the US Department of Housing and Urban Development that Regatta Apartments has violated its contractual obligations under the Deed of Trust Note and Deed of Trust. Specifically, the mortgagor has failed to correct the continuing material breach.

HUD has exercised its rights to require the mortgagee to accelerate payment of the outstanding principal balance due on the Mortgage on the basis of this violation. This letter will serve as the mortgagee's notice of such default and acceleration of debt.

Sincerely,

Martha J. Johnson
Vice President, Reilly Mortgage Group, Inc.

cc: J. Patrick Goray, HUD
Director, Operations Division

Case 1:04-cv-01403-RHH Document 23 Filed 04/28/2005 Page 29 of 31

REILLY MORTGAGE GROUP, INC.

2000 CORPORATE RIDGE, SUITE 925
McLEAN, VIRGINIA 22102
(703) 760-4700
Fax: (703) 760-4760
FINANCIAL SERVICES

AUG 12 2000

August 8, 2000

Mr. Robert Rosequist
3401 W. Charleston
Las Vegas, NV 89102

Re: Regatta Apartments
Loan No.: 0125-35073

Dear Mr. Rosequist:

In referenced to our telephone conversation, enclosed please find your check in the amount of $30,831.41which represents a duplicate payment for June 1, 2000 on the above referenced account. The payment from the management company was received and credited to the account on July 31, 2000.

Should you have questions, please contact me.

Sincerely,

Arlene Wiggins

Arlene Wiggins
Mortgage Analyst

Enclosure

2000 CORPORATE RIDGE, SUITE 925 • McLEAN, VA 22102

REILLY
MORTGAGE
GROUP

REILLY
The best Return In Mortgage Banking

89102-1837 28

53

Case 1:04-cv-01403-RHH Document 23 Filed 04/28/2005 Page 31 of 31

The Nature Conservancy
Saving the Last Great Places

THE NATURE CONSERVANCY
SEA OTTER

BOB ROSEQUIST
3401 W. CHARLESTON 645-6840
LAS VEGAS, NV 89102

34686

DATE 7-28-00

94-72/1224 NV
7087

PAY TO THE ORDER OF Reilly Mortgage $30,831 41/100

Thirty Thousand Eight Hundred Thirty One + 41/100 DOLLARS

Bank of America.

Valued Customer OVER 20 YEARS

ACH R/T 122400724

FOR Loan # 012535073

Bob Rosequist

⑆122400724⑆ 00002415500⑈ 4686

AUG 1 2000

54