# In the United States Court of Federal Claims

* * * * * * *

REGATTA BAY LIMITED, *

Plaintiff, * No. 04-1403C

v. * Filed: December 1, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Plaintiff's motions for leave to supplement the record filed on October 27 and November 2 are DENIED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge