# In the United States Court of Federal Claims

**No. 04-1403 C**

**REGATTA BAY LIMITED,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed January 5, 2006, granting defendant's motion to dismiss counts 2,3,4, and 5, and granting defendant's motion for summary judgment on all other counts,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**January 6, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.