JOHN PETER LEE, LTD.
PAUL C. RAY, ESQ.
Nevada Bar No. 004365
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044
Attorneys for Plaintiff

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REGATTA BAY LIMITED,<br>Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-1403C<br>(Judge Hodges) |

604.022029 dp

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Regatta Bay Limited in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on January 6, 2006.

DATED this 23 day of February, 2006.

JOHN PETER LEE, LTD.

PAUL C. RAY, ESQ.
Nevada Bar No. 4365
830 Las Vegas Boulevard South
Las Vegas, NV 89101
(702) 382-4044 Fax: (702) 383-9950
*Attorneys for Plaintiff*

**CERTIFICATE OF MAILING**

I hereby certify that on the 23rd day of February, 2006, I served a copy of the Notice of Appeal in the above captioned matter by enclosing it in a sealed envelope upon which first class postage was fully prepaid addressed to:

Attention: Classification Unit
8th Floor
1100 L Street N.W.
David B. Stinson, Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

That there is regular communication by mail between the place of mailing and the place so addressed.

[signature]
An Employee of JOHN PETER LEE, LTD.

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950