ORIGINAL

**NOTE: This disposition is nonprecedential.**

# United States Court of Appeals for the Federal Circuit

FILED
FEB 21 2007
U.S. COURT OF FEDERAL CLAIMS

06-5061

REGATTA BAY LIMITED,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

JUDGMENT

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

IN CASE NO(S): 04-CV-1403

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
DEC - 8 2006
JAN HORBALY
CLERK

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

Per Curiam (RADER, and DYK, Circuit Judges, WHYTE, District Judge*).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED DEC - 8 2006

Jan Horbaly
Jan Horbaly, Clerk

* Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 2/21/07

ISSUED AS A MANDATE: FEB 21 2007